United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13185-mdc |
| Ronald J Ellis, Sr. | Chapter 13 |
| Margaret L Ellis | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 17, 2020 | Form ID: 138NEW | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald J Ellis, Sr., Margaret L Ellis, 810 Hamilton Street, Norristown, PA 19401-3617 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Nissan Motor Acceptance Corporation, PO BOX 660336, Dallas, TX 75266-0336 |
| 13912955 | + | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 13912950 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 13969947 | + | FREEDOM MORTGAGE CORP., ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS, IN 46037-9764 |
| 14555641 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14202766 | + | Freedom Mortgage Corp., c/o Maria Tsagaris, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 13928424 | + | Freedom Mortgage Corp., c/o Joseph A. Dessoye, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 13912960 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Avenue, Suite 3, Mount Laurel, NJ 08054-1210 |
| 14317415 | + | Nissan Motor Acceptance Corp, c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 13912962 | | Nissan Motor Acceptance Corp., P.O. Box 660366, Dallas, TX 75266-0366 |
| 13912963 | | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 13912968 | + | Wells Fargo Card Services, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2020 03:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2020 03:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2020 03:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2020 02:57:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13948062 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2020 02:54:17 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13912956 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 18 2020 02:54:17 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13912957 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Nov 18 2020 02:54:18 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 13912958 | + Email/Text: egssupportservices@alorica.com | Nov 18 2020 03:17:00 | EGS Financial Care, Inc., P.O. Box 1020, Dept. 806, Horsham, PA 19044-8020 |
| 13912959 | + Email/Text: bknotice@ercbpo.com | Nov 18 2020 03:16:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 13912953 | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 18 2020 03:16:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 13948189 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 02:54:19 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13974166 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2020 03:16:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13912961 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2020 02:54:17 | Merrick Bank, P.O. Box 1500, Draper, UT 84020-1500 |
| 13981787 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 02:54:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13913832 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 02:54:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13912964 | + Email/PDF: gecsedi@recoverycorp.com | Nov 18 2020 02:57:43 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 13912965 | + Email/Text: bankruptcynotices@cbecompanies.com | Nov 18 2020 03:17:00 | The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 13951555 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 18 2020 02:57:58 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13912966 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 18 2020 03:16:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Springs, MO 63304-2225 |
| 13912967 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 18 2020 03:16:00 | Verizon Wireless, P.O. Box 17464, Baltimore, MD 21297-1464 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13912954 | ##+ | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020    Signature:    /s/Joseph Speetjens

District/off: 0313-2 | User: Adminstra | Page 3 of 3
Date Rcvd: Nov 17, 2020 | Form ID: 138NEW | Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Ronald J Ellis  Sr. spitofskybk@verizon.net, spitofskylaw@verizon.net |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Margaret L Ellis spitofskybk@verizon.net  spitofskylaw@verizon.net |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation mario.hanyon@brockandscott.com  wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| SHERRI J. SMITH | on behalf of Creditor Freedom Mortgage Corporation ssmith@pincuslaw.com  pa.bkecf@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Ronald J Ellis, Sr. and Margaret L Ellis

        Debtor(s)         Bankruptcy No: 17−13185−mdc

                                                                    Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                          Suite 400
                     Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                   For The Court
                                                                Timothy B. McGrath
                                                                  Clerk of Court

Dated: 11/17/20

                                                                                                                                48 − 47
                                                                                                                 Form 138_new