**Fill in this information to identify the case:**

Debtor 1    Ronald J Ellis, Sr. aka Ronald J. Ellis

Debtor 2    Margaret L Ellis
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN    District of    PA
                                                                                                            (State)

Case Number    17-13185 MDC

---

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    FREEDOM MORTGAGE CORPORATION      **Court claim no. (**if known**):**    8

**Last 4 digits** of any number you use to identify the debtor's account:    5600

**Date of payment change:** 12/01/2019
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any    $1,371.10

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $664.13      **New escrow payment:** $674.19

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** _____ %      **New interest rate:** _____ %

   **Current principal and interest payment:** _____      **New principal and interest payment:** _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** _____      **New mortgage payment:** _____

---

Official Form 410S1      **Notice of Mortgage Payment Change**      page 1

| Debtor 1 | RONALD J. ELLIS A/K/A RONALD J. ELLIS, SR | Case Number (if known) | 17-13185 MDC |
|---|---|---|---|

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Sherri J. Smith, Esquire      Date  November 4, 2019
Signature

Print:  Sherri J. Smith, Esq., Id. No.90675      Title  Attorney
        First Name    Middle Name    Last Name

Company  Phelan Hallinan Diamond & Jones, LLP

Address  1617 JFK Boulevard, Suite 1400

         Philadelphia, PA 19103

Contact Phone  215-563-7000      Email  Sherri.Smith@phelanhallinan.com